[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

————————————————

No. 24-11696

Non-Argument Calendar

————————————————

SAMUEL LEE SMITH, JR.,
Individual,

Plaintiff-Appellant,

*versus*

CITY OF MIAMI,
A Political Subdivision,
ERIC MARTI,
An Individual,

Defendants-Appellees.

————————————————

2                        Opinion of the Court                        24-11696

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:23-cv-24150-MD

_____

Before ROSENBAUM, NEWSOM, and ABUDU, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Samuel Smith, Jr., proceeding *pro se*, appeals from the district court's order denying without prejudice, as premature, his motion for permission to bring a cell phone into the courthouse. We lack jurisdiction over this appeal because the order is not final or immediately appealable under the collateral order doctrine. *See World Fuel Corp. v. Geithner*, 568 F.3d 1345, 1348 (11th Cir. 2009) (stating that a final order is one that ends the litigation on the merits and leaves nothing for the court to do but execute its judgment); *Plaintiff A v. Schair*, 744 F.3d 1247, 1253 (11th Cir. 2014) (stating that an interlocutory order is immediately appealable under the collateral order doctrine if it would be effectively unreviewable on appeal from the final judgment).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.